UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUSINESS LIC DARENE BARNES,

                    Plaintiff,

          v.

US EQUAL EMPLOYMENT,

                    Defendant.

CASE NO.

NOTICE OF REMOVAL OF CIVIL
ACTION

(King County Superior Court
Case No. 16-2-27766-7)

To:    Clerk, United States District Court
       Western District of Washington

       Defendant US EQUAL EMPLOYMENT, ("Federal Defendant"), by and through

undersigned counsel of record, Annette L. Hayes, United States Attorney for the Western District of

Washington, and Sarah K. Morehead, Assistant United States Attorney for said District, hereby

respectfully files with the Court this Notice of Removal pursuant to 28 U.S.C. § 1442(a)(1), to

remove Case No. 16-2-27766-7, from King County Superior Court to United States District Court

for the Western District of Washington.

Notice of Removal of Civil Action
- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In support of this notice, Federal Defendant states as follows:

1.      On or about November 16, 2016, Plaintiff "Business Lic Darene Barnes" filed a Complaint in King County Superior Court alleging, "Health care Dad take off work yes/no.  Payroll check problem."  See Exhibit A, Complaint.

2.      The above-referenced state court action may be removed to the United States District Court under 28 U.S.C. § 1442(a)(1) by virtue of the following:

a.      The United States Equal Employment Opportunity Commission is an agency of the United States.

b.      As set forth in 28 U.S.C. § 1442(a)(1), claims against United States agencies can be removed by them to federal court.

3.      Under Local Rule CR 101(b), the Federal Defendant attaches a copy of the Complaint in this matter as Exhibit A.  The Federal Defendant will file herewith copies of all records from the state court proceeding.

4.      A copy of this Notice of Removal is being served upon all parties to the underlying litigation and will be promptly filed with the clerk of the King County Superior Court.

5.      Intradistrict Assignment.  Upon information and belief and during the relevant time period giving rise to the allegations of the Claim, Plaintiff was a resident of King County, Washington.  Additionally, upon information and belief, the location where the alleged claims arose is in King County.  Accordingly and pursuant to Local Rule CR 3(d), this case should be assigned to a judge in Seattle.

Notice of Removal of Civil Action
- 2

WHEREFORE, based upon the foregoing and pursuant to 28 U.S.C. § 1442(a)(1), the above-referenced action is removed from the King County Superior Court, to the United States District Court for the Western District of Washington.

DATED this 20th day of January, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney


s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA No. 29680
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Email:  sarah.morehead@usdoj.gov

Notice of Removal of Civil Action
- 3

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

I further certify that on this date, I mailed by United States Postal Service the foregoing document to the following:

Business Lic Darene Barnes
227 Bellevue Way N.E., #945
Bellevue, Washington 98004

DATED this 20th day of January, 2017.

            *s/ Sharon P. Gore*
            SHARON P. GORE, Legal Assistant
            United States Attorney's Office
            700 Stewart Street, Suite 5220
            Seattle, Washington 98101-1271
            Phone:  206-553-7970
            Fax:  206-553-4067
            Email:  sharon.gore@usdoj.gov

Notice of Removal of Civil Action
- 4